## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| THOMAS PORTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO.: |
| vs. ) | 2:09-cv-0845-AKK |
| ) | |
| AMERICAN CAST IRON PIPE ) | |
| COMPANY and ROYCE ) | |
| HANDLEY, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF APPEAL

Notice is hereby given that Thomas Porter, Plaintiff, in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment granting the Defendant's Motion for Summary Judgment and dismissing the Plaintiff's claims with prejudice entered in this action on the 28th day of May, 2010 and from an Order denying the Plaintiff's Motion to Alter or Amend Judgment entered in this action on the 29th day of July, 2010.

Respectfully submitted,

Tyrone Townsend
Townsend & Associates, LLC
Attorney for the Plaintiff
P.O. Box 2105
Birmingham, Alabama 35201
Birmingham, AL 35201